OPINION — AG — A STATUTORY ENTITY WHICH HAS BEEN TERMINATED PURSUANT TO 74 O.S. 1978 Supp., 3903-3908 [74-3903]-[74-3908] CAN COLLECT FEES AND OTHER DEBTS WHICH WERE DUE AND OWING AS OF THE TERMINATION DATE AND CAN ALSO MAKE EXPENDITURES OF MONIES AS MAY BE NECESSARY TO WIND UP THE AFFAIRS OF THE ENTITY. CITE: 74 O.S. 1978 Supp., 3909 [74-3909](A), 74 O.S. 1978 Supp., 3902 [74-3902] (LEE ANNE WILSON-ZALKO) ** OPINION WITHDRAWN BY OPINION NO. 88-102 (1988)